FILED

09/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0388

### IN THE SUPREME COURT OF THE STATE OF MONTANA

IN RE THE MARRIAGE OF:

**NAME, AMY GLADWIN**

                         Petitioner and Appellee,

And

**NAME, ERIC LILIENTHAL**

                    Respondent and Appellant.

Cause No.      DA-23-0388

**ORDER GRANTING APPELLANT'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF**

THE COURT having reviewed Appellant's *Uncontested Motion for Extension of Time to File Initial Brief* and for good cause appearing therefore:

IT IS HEREBY ORDERED that Appellant has an additional FORTY-FIVE (45) days to submit his Appellant's Opening Brief.

*[signature]*

cc:  MEGAN WINDERL, Esq.
      ERIC LILIENTHAL, Pro Se

Order for Extension                        Page **1** of **1**